Petition for Action on Conditions of Pretrial Release
Page 1
PS 8 (02/10)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



DEC 23
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Jason R. Dehn                                Docket No. 1:13-mj-00373

### Petition for Action on Conditions of Pretrial Release

COMES NOW Rachael E. Meyer, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason R. Dehn, who was placed under pretrial release supervision by the Honorable T. Rawles Jones, Jr. sitting in the court at Alexandria, on December 2, 2013, under the following conditions:

1) Report as directed to Pretrial Services; and
2) Undergo substance abuse testing and/or treatment as directed by Pretrial Services.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On December 6, 2013, the defendant was arrested and charged with Assault and Battery – Family Member, Protective Order: Violation and Violation of Protective Order: 3rd in 20 Years. In addition, an Emergency Protection Order was granted that date with the defendant's wife, Megan Outlaw, reflected as the complainant.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and the defendant be required to show cause why his conditions of release should not be revoked.

*Lodge detainer at jail.*

**ORDER OF COURT**

Considered and ordered this __23rd__ day of __December__, 20 _13_ and ordered filed and made a part of the records in the above case.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   December 20, 2013

_R. Meyer_
Rachael E. Meyer
U.S. Probation Officer

/s/Thomas Rawles Jones, Jr.
U.S. Magistrate Judge

Place:  Alexandria