Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jason Dehn                                    Docket No. 1:13mj373

### Petition on Probation

COMES NOW Elissa F. Martins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jason Dehn, who was placed on supervision by the Honorable T. Rawles Jones, Jr., United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 25th day of March 2014, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

-See Page 2-

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: Aug. 12, 2014 @ 10:00 a.m.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 23rd day of July, 2014 and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 7/23/14<br><br>*Elissa Martins*<br>Elissa F. Martins<br>U.S. Probation Officer<br>(703) 299-2309 |
| /s/Thomas Rawles Jones, Jr.<br>T. Rawles Jones, Jr.<br>United States Magistrate Judge | Place Alexandria, Virginia |

**TO CLERK'S OFFICE**

RE: DEHN, Jason

OFFENSES: Possession of Marijuana and Reckless Driving.

SENTENCE: The defendant was placed on one (1) year probation with the following special conditions: 1) The defendant shall undergo substance abuse testing and/or treatment as directed; 2) The defendant shall serve thirty (30) days jail as directed pursuant to 18 U.S.C. § 3563 (b)(10); and 3). The defendant shall pay a $25 special assessment fee as to each count.

ADJUSTMENT TO SUPERVISION: Mr. Dehn's adjustment to supervision has fluctuated over time. He paid the special assessment fees on June 12, 2014. The defendant began serving his weekends in jail on June 13, 2014, and is scheduled to complete the court ordered jail sentenced on September 14, 2014. Mr. Dehn has been unemployed since supervision commenced. The defendant is on phase one (highest frequency of testing) of the random urinalysis drug testing program through the probation office and reports as scheduled. The defendant was initially resistant to substance abuse treatment, but recently began individual substance abuse treatment with the National Counseling Group. He will be recommended for group treatment based on the positive urine screen outlined below.

It is noted that while on pre-trial supervision, Mr. Dehn submitted a urine screen on January 15, 2014, which was positive for the use of marijuana. Additionally, on March 4, 2014, Mr. Dehn submitted a urine screen which was positive for the use of cocaine.

VIOLATIONS: The following violation is submitted for the Court's consideration.

**CONDITION 7:**                  **USE OF COCAINE.**

On July 21, 2014, Mr. Dehn submitted a specimen which tested positive for cocaine. On July 22, 2014, the undersigned confronted the defendant on the positive urine screen. Mr. Dehn admitted to using cocaine on July 15, 2014, and signed an Admission of Drug use form (DF-203).

